UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN P., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, Commissioner of Social Security, <br><br> Defendant. | Case No.: 24-cv-213-DDL <br><br> **ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND** <br><br> **[Dkt. No. 13]** |

Before the Court is a Joint Motion for Voluntary Remand ("Joint Motion"), wherein the parties move the Court for an order reversing the final decision of the Commissioner and remanding the case to the Commissioner for further administrative proceedings pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four. *See* Dkt. No. 13 at 1-2. The parties also request entry of a final judgment in favor of Plaintiff and against Defendant. *Id*. at 2.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court **GRANTS** the Joint Motion and hereby further **ORDERS** that the final decision of the Commissioner is reversed. The case is remanded to the Commissioner. On remand, the Commissioner shall: (1) reevaluate the medical opinion evidence; (2) offer Plaintiff an opportunity for a hearing; (3) further develop the record as necessary; and (4) issue a new decision. The Clerk of Court is respectfully directed to enter final judgment in favor of Plaintiff and against Defendant, and to terminate the case.

**IT IS SO ORDERED.**

Dated: April 4, 2024

Hon. David D. Leshner
United States Magistrate Judge