UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN P., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, Commissioner of Social Security, <br><br> Defendant. | Case No.: 24-cv-213-DDL <br><br> **ORDER GRANTING JOINT MOTION FOR AWARD AND PAYMENT OF ATTORNEY'S FEES PURSUANT TO EQUAL ACCESS TO JUSTICE ACT** <br><br> **[Dkt. No. 16]** |

On January 31, 2024, Plaintiff Adrian P. ("Plaintiff") commenced this action against Defendant Martin O'Malley ("Defendant") seeking review of Defendant's decision denying his claim for Social Security Disability Insurance benefits.[1] *See generally* Dkt. No. 1.  Pursuant to 28 U.S.C. § 636(c), the parties consented to proceed before the undersigned Magistrate Judge.  Dkt. No. 4.  On April 2, 2024, the parties filed a Joint Motion for Voluntary Remand pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  Dkt. No. 13.  On April 4, 2024, the Court issued an

---

[1] At the time Plaintiff filed his Complaint, Kilolo Kijakazi was the Acting Commissioner of Social Security. On December 20, 2023, Martin O'Malley became the Commissioner of Social Security.

1

Order reversing the final decision of the Commissioner and remanding the case for reevaluation. Dkt. No. 14. On the same date, pursuant to this Court's Order, the Clerk of Court entered a final judgment in favor of Plaintiff. Dkt. No. 15.

Before the Court is the parties' Joint Motion seeking an award of attorney's fees to Plaintiff under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Dkt. No. 16. Plaintiff attached to the Joint Motion an itemized statement of fees billed by Plaintiff's counsel. Dkt. No. 16-2; *see* 28 U.S.C. § 2412(d)(1)(B). Plaintiff states that the requested award amount of $1,500.00 "represents compensation for all legal services and costs rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d)." *See id*. at 2. Based upon the parties' Joint Motion and the information presented in support thereof, the Joint Motion is **GRANTED**.

For the foregoing reasons, **IT IS HEREBY ORDERED** that Plaintiff is awarded attorney's fees in the amount of ONE THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS ($1,500.00), as authorized by 28 U.S.C. § 2412(d). Such amounts are subject to any offset as determined by the United States Department of Treasury.

**IT IS SO ORDERED.**

Dated: April 25, 2024

Hon. David D. Leshner
United States Magistrate Judge